IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:23-cr-247 |
| v. | ) | |
| | ) | (18 U.S.C. § 666(a)(1)(B)) |
| WALTER EISEMAN | ) | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

At all times material to this Information:

1.      The defendant, WALTER EISEMAN, was employed as a Building Inspector for the City of Pittsburgh.  In that role, the defendant, WALTER EISEMAN, was responsible for performing inspections of properties in the City of Pittsburgh to determine if the properties could be lawfully occupied under the City's laws and regulations.

2.      When a property was approved for occupation, that determination was set forth in a Certificate of Occupancy.  A property owner could also apply for a temporary Certificate of Occupancy, which would allow for a construction project to be partially occupied pending a final inspection.   The defendant, WALTER EISEMAN, performed inspections of properties subject to applications for temporary Certificates of Occupancy.

3.      Project #1 involved the redevelopment of a commercial building in downtown Pittsburgh into luxury apartments and hotel rooms, spread over multiple floors.  In connection with Project #1, the developer, Developer #1, applied for several temporary Certificates of Occupancy from the City of Pittsburgh.

4.      The defendant, WALTER EISEMAN, was among the Building Inspectors assigned to perform inspections in connection with those applications.

5.      From in and around December 2018, until in and around March 2019, in the Western District of Pennsylvania, the defendant, WALTER EISEMAN, being an agent of the City of Pittsburgh, which received in a one-year period, including December 2018 and March 2019, benefits in excess of $10,000 under federal programs, did corruptly solicit, demand for the benefit of any person, and accept and agree to accept, anything of value from any person, intending to be influenced or rewarded in connection with any business, transaction, or series of transactions of the City of Pittsburgh involving anything of value of $5,000 or more, that is, the defendant, WALTER EISEMAN, solicited and accepted personal benefits, in the form of items for his home, from Developer #1 in connection with inspections related to applications for temporary Certificates of Occupancy for Project #1.

In violation of Title 18, United States Code, Section 666(a)(1)(B).

**FORFEITURE ALLEGATIONS**

6.      Paragraphs 1 through 5 of this Information are hereby re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging criminal forfeiture.

7.      The United States hereby gives notice to the defendant charged in Count One that, upon conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, which require any person convicted of such offense to forfeit any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from such offense, including but not limited to the following: a forfeiture money judgment in the amount of $1,375.

8.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of such defendant up to the value of the forfeitable property described in this forfeiture

allegation.

ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

JEFFREY R. BENGEL
Assistant United States Attorney
DC ID No. 1018621