<u>CRIMINAL CASE INFORMATION SHEET</u>     2:23-cr-247

Pittsburgh   <u>  X  </u>       Erie  <u>        </u>       Johnstown  <u>        </u>

Related to No. <u>                              </u>   Judge <u>                              </u>
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.   <u>    </u>   Narcotics and Other Controlled Substances
1a.  <u>    </u>   Narcotics and Other Controlled Substances (3 or more Defendants)
2.   <u>    </u>   Fraud and Property Offenses
2a.  <u>    </u>   Fraud and Property Offenses (3 or more Defendants)
3.   <u>    </u>   Crimes of Violence
4.   <u>    </u>   Sex Offenses
5.   <u>    </u>   Firearms and Explosives
6.   <u>    </u>   Immigration
7.   <u> X </u>   All Others

Defendant's name:           Walter Eiseman

Is indictment waived:       <u> X </u> Yes      <u>    </u> No

Pretrial Diversion:         <u>    </u> Yes      <u> X </u> No

Juvenile proceeding:        <u>    </u> Yes      <u> X </u> No

Defendant is:               <u> X </u> Male     <u>    </u> Female

Superseding indictment or information   <u>    </u> Yes   <u> X </u> No

Previous case number: <u>                              </u>

If superseding, previous case was/will be:

<u>     </u> Dismissed on defendant's motion
<u>     </u> Dismissed on governments' motion
<u>     </u> After appellate action
<u>     </u> Other (explain)

County in which first offense cited occurred:           Allegheny

Previous proceedings before Magistrate Judge: <u>                              </u>

Case No.: <u>                              </u>

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ___ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ___ this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | ___ Federal |
| Detainer filed: | ___ yes | ___ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Walter Eiseman | |

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 666(a)(1)(B) | Bribery Concerning Programs Receiving Federal Funds | X |
| | | FORFEITURE ALLEGATIONS | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   November 28, 2023

/s/ Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621